Rel: March 31, 2023

**Notice:** This opinion is subject to formal revision before publication in the advance sheets of **Southern Reporter**.  Readers are requested to notify the **Reporter of Decisions**, Alabama Appellate Courts, 300 Dexter Avenue, Montgomery, Alabama 36104-3741 ((334) 229-0650), of any typographical or other errors, in order that corrections may be made before the opinion is printed in **Southern Reporter**.

# SUPREME COURT OF ALABAMA

## OCTOBER TERM, 2022-2023

————————————

### 1200401

————————————

**Tamera Erskine, as personal representative
of the Estate of Joann Bashinsky, deceased**

**v.**

**J. Kenneth Guin, Jr., and Gregory H. Hawley**

————————————

### 1210153

————————————

**John P. McKleroy, Jr., and Patty Townsend**

1200401 and 1210153

v.

**Landon E. Ash and Tamera Erskine, as personal representative of the Estate of Joann Bashinsky, deceased**

**Appeals from Jefferson Probate Court
(19BHM02213)**

On Applications For Rehearing

PER CURIAM.

1200401 -- APPLICATION OVERRULED.  NO OPINION.

Parker, C.J., and Bryan, Sellers, Mendheim, and Stewart, JJ., and Thompson, Special Justice,* concur.

Bolin, Special Justice,* dissents, with opinion.

Shaw, Wise, Mitchell, and Cook, JJ., recuse themselves.

1210153 -- APPLICATION OVERRULED.  NO OPINION.

Parker, C.J., and Bryan, Sellers, Mendheim, and Stewart, JJ., and Bolin and Thompson, Special Justices,* concur.

Shaw, Wise, Mitchell, and Cook, JJ., recuse themselves.

*Retired Associate Justice Mike Bolin and Judge William Thompson of the Alabama Court of Civil Appeals were appointed to serve as Special Justices to consider these applications for rehearing.

2

1200401 and 1210153

BOLIN, Special Justice (dissenting in appeal no. 1200401).

I dissent to overruling the application for rehearing in appeal no. 1200401. Based on the reasoning set forth in my dissent to the main opinion on original submission, I would grant rehearing; I would dismiss the appeal in part, insofar as it challenges the trial court's December 11, 2020, order, because the appeal from that order was untimely; and I would affirm the trial court's January 22, 2021, order on the merits.